STEVEN H. HANEY (SBN 121980)
**HANEY & YOUNG LLP**
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501
Email: shaney@haneyyoung.com
gyoung@haneyyoung.com

Attorneys (Substituting In) for Plaintiff
TOM SCHMIDT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCHMIDT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SHERRI BALDY, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-09368-DSF-AG <br><br> **DECLARATION OF STEVEN H. HANEY IN RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL** <br><br> Date: April 3, 2017 <br> Dept. 7D (1st St. Courthouse) <br> Judge: Hon. Dale S. Fischer |

**DECL. OF STEVEN H. HANEY**

## DECLARATION OF STEVEN H. HANEY

I, Steven H. Haney, declare as follows:

I am an attorney licensed to practice before all courts in the State of California and a partner in the law firm of Haney & Young, LLP, new counsel substituting in as attorney of record for Plaintiff Tom Schmidt ("Schmidt") in the instant litigation. I have personal knowledge of the following facts and if called as a witness, could and would testify competently thereto under oath:

1. My law firm filed a request to substitute in as counsel for Schmidt in this case, on March 31, 2017.

2. Based on information I have obtained, I believe Defendant Sherri Ann Baldy has not been served due to a combination of factors, including, by way of example, (1) she appears to be evading service, and (2) my predecessor counsel has been less diligent than this firm will be in serving the Defendant.

3. I have already assigned my investigator to look into the issue of service of process on Defendant in this case. I have determined that we will be able to serve Defendant within the next thirty days, and respectfully request the Court for an extension for that length of time for us to serve Defendant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 31st day of March, 2017 at Los Angeles, California

/s/Steven H. Haney
Steven H. Haney

2
**DECL. OF STEVEN H. HANEY**