1  STEVEN H. HANEY (SBN 121980)
   GREGORY L. YOUNG (SBN 226293)
2  **HANEY & YOUNG LLP**
   1055 West Seventh Street, Suite 1950
3  Los Angeles, California 90017
   Telephone:  (213) 228-6500
4  Facsimile:  (213) 228-6501
   Email:      shaney@haneyyoung.com
5              gyoung@haneyyoung.com

6
   Attorneys for Tom Schmidt
7  Heather Valentin

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  TOM SCHMIDT, an individual, | CASE NO.: 2:16-cv-09368-DSF-AGR |
| 11       Plaintiff, | 1.  **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL;** |
| 12  vs. | |
| 13  SHERRI BALDY, an individual; and DOES 1 through 10, inclusive, | 2.  **DECLARATION OF STEVEN H. IN SUPPORT THEREOF; AND** |
| 14       Defendants. | 3.  **[PROPOSED] ORDER** |
| 15 | |
| 16  SHERRI BALDY, an individual, | Date: February 26, 2018 |
| 17       Counterclaim Plaintiff, | Time: 1:30 pm. Dept. 7D (1st St. Courthouse) Judge: Hon. Dale S. Fischer |
| 18  vs. | |
| 19  TOM SCHMIDT, an individual; and DOES 1 through 10, inclusive, | |
| 20       Counterclaim Defendants. | Filing Date: December 19, 2016 |
| 21 | |
| 22  SHERRI BALDY, an Individual, | |
| 23       Third Party Plaintiff, | |
| 24  vs. | |
| 25  HEATHER VALENTIN, an Individual; and DOES 1-10, | |
| 26       Third Party Defendants. | |
| 27 | |
| 28 | |

**TO THIS HONORABLE COURT AND THE PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Haney & Young LLP, counsel for Plaintiff Tom Schmidt and Third Party Defendant, Heather Valentin (collectively called "Clients") will move the Court to withdraw as counsel from the above referenced matter on February 26, at 1:30 p.m. in Courtroom 7D of the United States District Court, located at 350 West First Street, Los Angeles, California 90012, the Honorable Dale S. Fischer presiding.

This motion is brought on the following grounds:

1. Clients have failed to pay their counsel and breached their Retainer Agreement in a number of ways to be discussed in concert if necessary.
2. Client and Clients' counsel have irreconcilable differences protected by the attorney-client privilege to be disclosed in camera if necessary; and
3. Relief of counsel will not cause delay in the prosecution of the action.

This motion is supported by the attached Memorandum of Points and Authorities, the Declaration of Steven H. Haney, and any oral argument that may be offered at the time of hearing.

Dated: January 19, 2018

HANEY & YOUNG, LLP

Steven H. Haney
Attorneys for Plaintiff Tom Schmidt and Specially Appearing Third Party Defendant Heather Valentin

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

On March 31, 2017, the Clients retained Haney & Young LLP (the "Firm") as counsel to represent them in a matter against Defendant Sherri Baldy. (Haney Decl. ¶ 2)

Once the litigation commenced, the Clients have incurred significant fees and costs, but have failed to pay or reimburse the Firm for advancing those costs. Requests for reasonable assurances for payment have been ignored. (Haney Decl. ¶ 3) Clients are in breach of the Retainer Agreement, for this and other reasons to be disclosed in camera if necessary. As a result, the Firm brings this motion before the Court to withdraw as counsel. (Haney Decl. ¶ 4)

Clients' counsel also brings forth this motion to be relieved as counsel due to irreconcilable differences protected by attorney client privilege to be described to the Court, in camera, if necessary. (Haney Decl. ¶ 5).

## II. ARGUMENT

### A. CLIENTS HAVE FAILED TO PAY OR OTHERWISE HONOR THE RETAINER AGREEMENT WITH THE FIRM

Clients have failed to pay the fees and costs as required by the Retainer Agreement. Clients have breached other provisions which the Firm will disclose, in camera, on a "need to know" basis.

### B. CLIENTS AND CLIENTS' COUNSEL HAVE IRRECONCILABLE DIFFERENCES

Clients and their counsel of record, Haney & Young LLp have irreconcilable differences protected by the attorney/client privilege that may be described to the Court in camera upon the Court's request. (Haney Decl. ¶ 6) There is a literal impossibility for Clients' counsel to prosecute on behalf of Clients for confidential reasons relating to unresolvable differences between Clients and their counsel.

//
//

### C. RELIEF OF COUNSEL WILL NOT CAUSE DELAY IN THE PROSECUTION OF THE ACTION

Set forth in the Declaration of Steven H. Haney, the case has been referred to ADR, to be completed no later than September 11, 2018 with a trial date of December 4, 2018.

### III. CONCLUSION

For the reasons articulated herein, the Firm respectfully requests that its motion be granted and Haney & Young LLP be relieved as counsel.

Dated: January 19, 2018

HANEY & YOUNG, LLP

Steven H. Haney
Gregory L. Young
Attorneys for Plaintiff Tom Schmidt and Specially Appearing Third Party Defendant, HEATHER VALENTIN

## DECLARATION OF STEVEN H. HANEY

I, Steven H. , declare as follows:

1. I am an attorney at law qualified to practice before all Courts in the State of California. I am a partner in the law firm of Haney and Young LLP and have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto under oath.

2. On March 31, 2017, Clients retained Haney & Young LLP (the "Firm") as counsel to represent them in a matter against Defendant Sherri Baldy.

3. Once the litigation commenced, the Clients have incurred significant fees and costs, but have failed to pay or reimburse the Firm for advancing those costs. Requests for reasonable assurances for payment have been ignored.

4. Clients are in breach of the Retainer Agreement, for this and other reasons to be disclosed in camera if necessary. As a result, the Firm brings this motion before the Court to withdraw as counsel

5. The Firm also brings forth this motion to be relieved as counsel due to irreconcilable differences protected by attorney client privilege to be described to the Court, in camera, if necessary.

6. Clients and the Firm have irreconcilable differences protected by the attorney/client privilege that may be described to the Court in camera upon the Court's request.

7. Clients will be served notice of this Motion to Withdraw on January 22, 2018, via First Class U.S. Mail, and Federal Express.

8. It has been verified through correspondence that the Clients' principal addresses are as follows:

Tom Schmidt

4117 N. 45th Place, Apt. 4

Phoenix, AZ 85018

1  Heather Valentin

2  50305 S. I 94 Service Drive Apt 3

3  Belleville MI 48111-2342

4  9. Clients have been advised that all future documents will be served or sent to the above noted address until changed by appropriate notice of substitution of attorney. A true and correct copy of the notice is attached hereto as Exhibit "1".

7  10. Defendant has been further advised of any and all approaching deadlines and hearings, including the time within which any unserved parties must be served. A true and correct copy of the notice is attached hereto as Exhibit "1".

10  11. Clients have also been notified that any individual appearing *pro se* will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on this _19_ day of January, 2018 at Los Angels, California,

Steven H. Haney

HANEY & YOUNG, LLP
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-6500
FACSIMILE: (213) 228-6501

Exhibit "1"

**HANEY & YOUNG LLP**
ATTORNEYS
1055 WEST SEVENTH STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017

STEVEN HANEY, ESQ.

TEL: (213) 228-6500
FAX: (213) 228-6501

January 18, 2018

<u>*Via U.S. Mail and Email*</u>

Tom Schmidt
4117 N. 45th Place, Apt. 4
Phoenix, AZ 85018

Heather Valentin
50305 S. I 94 Servce Drive Apt 3
Belleville MI 48111-2342

  Re: *Tom Schmidt v. Sherri Ann Baldy, et al*

Dear Clients:

  This letter serves to notify you that we have filed a Motion to Withdraw as Counsel. As a result, all future documents will be sent to the above addresses unless you provide us with a Substitution of Attorney.

  We also include a calendar with the upcoming dates in the case:

1. Discovery Cut-off:   July 12, 2018;

2. Expert Witness Exchange:
   Initial:   June 26, 2018;
   Rebuttal:   July 16, 2018;
   Cut-off   August 6, 2018;

3. Motion Hearing Cut-off:   August 27, 2018;

4. ADR Cut-off:   September 11, 2018;

5. File Memo of Contentions, etc.   October 16, 2018;

6. Lodge Pretrial Conference Order, etc.:   October 23, 2018;

7. Final Pretrial Conference:   November 5, 2018;

8. Trial Date:   December 4, 2018.

Very truly yours,

Steven H. Haney

SHH/fl