UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | |
|---|---|
| Case No. | CV 16-9368 DSF (AGRx) |
| Title | Tom Schmidt v. Sherri Annd Baldy, et al. |
| Date | 2/7/18 |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Conditionally Granting Motion to Withdraw as Counsel

    Having read and considered the Motion, the Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for February 26, 2018 is removed from the Court's calendar.

    Good cause has been shown.  Therefore, the Court grants the Motion effective on the date that moving counsel files and serves – on the client and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

    (1) Sets forth the client's current address and telephone number, recently verified as accurate by the withdrawing counsel;

    (2) Informs the client and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

    (3) Informs the client of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

    (4)  Informs any individual client that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

(5) Informs the client when and where the client may obtain the client's case file, if it is not already in the client's possession;

(6) Informs the client of the following:

The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have "Pro Se Clinics" that can provide information and assistance about many aspects of dealing with a lawsuit in this Court. The Western Division (Los Angeles) Clinic is run by Public Counsel, a non-profit public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the assistance the Clinic may be able to provide, you have to go there directly. The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. to 12:00 noon and from 2:00 p.m. to 4:00 p.m. Clinic staff will see visitors during open hours on a first come, first served basis. If you arrive early in the day, you have a better chance of being seen promptly. The Clinic is located in Room G-19 on the Main Street Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California 90012. Although the Clinic does not provide information telephonically, for further information about it you may call (213) 385-2977, ext. 270.

The Eastern Division (Riverside) Clinic is run by the Public Service Law Corporation and is open on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. The Clinic is located at the George R. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, California 92501. For additional information call (951) 682-7968.

The Southern Division (Santa Ana) Clinic is run by the Public Law Center and is open on Thursdays from 10:00 a.m. to 12:00 noon and 1:30 p.m. to 3:30 p.m. The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, California 92701. For additional information call 714-541-1010, ext. 222.
Counsel must also provide a proof of service of this Order and the required declaration.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

Failure to comply with the above requirements by February 21, 2018 will result in the denial of the Motion.

Effective on the date counsel complies with this Order, plaintiff will represent himself/herself, and the docket will be amended to reflect the address for plaintiff as described in counsel's declaration.

IT IS SO ORDERED.