STEVEN H. HANEY (SBN 121980)
**HANEY & YOUNG LLP**
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501
Email:      shaney@haneyyoung.com
            gyoung@haneyyoung.com

Attorneys (Substituting In) for Plaintiff
TOM SCHMIDT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCHMIDT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SHERRI BALDY, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-09368-DSF-AG <br><br> **DECLARATION OF STEVEN H. HANEY RE WITHDRAWAL OF COUNSEL** |

**DECLARATION OF STEVEN H. HANEY**

I, Steven H. Haney, declare as follows:

1. I am an attorney licensed to practice before all courts in the State of California and a partner in the law firm of Haney & Young, LLP, new counsel substituting in as attorney of record for Plaintiff Tom Schmidt ("Schmidt") and Cross-Defendant Heather Valentin ("Valentin") in the instant litigation. I have personal knowledge of the following facts and if called as a witness, could and would testify competently thereto under oath:

2. Mr. Schmidt's and Ms. Valentin's contact information is as follows: Tom Schmidt - 4117 N. 45th Place, Apt. 4, Phoenix, AZ 85018, and Heather Valentin, 50305 S. 1-94 Service Drive #3 Belleville, Michigan 48111. Telephone number (734) 957-3234. This contact information has been recently verified by me as accurate.

3. All future documents in this case will be served or sent to the address set forth in paragraph number 2 until changed by appropriate notice or substitution of attorney.

4. The future dates now set in this action are, as follows:

    1. Discovery Cut-off: July 12, 2018;

    2. Expert Witness Exchange:
        Initial: June 26, 2018;
        Rebuttal: July 16, 2018;
        Cut-off August 6, 2018;

    3. Motion Hearing Cut-off: August 27, 2018;

    4. ADR Cut-off: September 11, 2018;

|   |     |                           |                    |
|---|-----|---------------------------|--------------------|
|   | 5.  | File Memo of Contentions, etc. | October 16, 2018; |
|   | 6.  | Lodge Pretrial Conference Order, etc.: | October 23, 2018; |
|   | 7.  | Final Pretrial Conference: | November 5, 2018; |
|   | 8.  | Trial Date:               | December 4, 2018. |

5.  Any individual appearing pro se will be required to comply with the Court's standing orders, the Central District of California Local Rules, the Federal Rules of Civil Procedure, and all other Federal Rules.

6.  Both Schmidt and Valentin have received their case file from my office. In the event that there is anything else either of them, or their subsequent counsel need from my firm, all that is needed is that they contact us at (213) 228-6500, or write us 1055 W. 7th Street, Suite 1950, Los Angeles, CA 90017.

7.  Schmidt and Valentin should please take notice that:

The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se" litigants. However, the Central District of California does have "Pro Se Clinics" that can provide information and assistance about many aspects of dealing with a lawsuit in this Court. The Western Division (Los Angeles) Clinic is run by Public Counsel, a non-profit public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the assistance the Clinic may be able to provide, you have to go there directly. The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. to 12:00 noon and from 2:00 p.m. to 4:00 p.m. Clinic staff will see visitors during open hours on a first come, first served basis. If you arrive early in

the day, you have a better chance of being seen promptly. The Clinic is located in Room g-19 on the Main Street Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California 90012. Although the Clinic does not provide information telephonically, for further information about it you may call (213) 385-2977 ext. 270.

    The Eastern Division (Riverside) Clinic is run by the Public Service Law Corporation and is open on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. The Clinic is located at the George R. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, California 92501. For additional information call (951) 682-7968.

    The Southern Division (Santa Ana) Clinic is run by Public Law Center and is open on Thursdays from 10:00 a.m. to 12:00 noon and 1:30 p.m. to 3:30 p.m. The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, California 92701. For additional information call 714-541-1010.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 20th day of February, 2018 at Los Angeles, California.

                                                Steven H. Haney

4

**DECL. OF STEVEN H. HANEY**

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1055 West Seventh Street, Suite 1950, Los Angeles, California 90017. On **February 21, 2018,** I caused to be served the foregoing document described as DECLARATION OF STEVEN HANEY in this action by placing a true copy thereof enclosed in an envelope addressed as follows:

Colt Legal Group
Doug W. Colt
1034 Emerald Bay Road, #443
South Lake Tahoe, CA 96150

Tom Schmidt
4117 N. 45th Place, Apt. 4
Phoenix, AZ 85018

Heather Valentin
50305 S. I 94 Servce Drive Apt 3
Belleville MI 48111-2342

☒ BY MAIL AS FOLLOWS: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused such document to be hand-delivered to the offices of the addressee.

☐ BY ELECTRONIC MAIL: I caused such document to be delivered by electronic mail to the offices of the addressee.

Executed on **February 21, 2018** in Los Angeles, CA 90017

☒ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Freddi Lindsey
Type or Print Name

Signature