# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCHMIDT,<br>      Plaintiff,<br><br>      v.<br><br>SHERRI ANND BALDY, et al.,<br>      Defendants.<br><br>And Related Claims. | CV 16-9368 DSF (AGRx)<br><br>Order to Show Cause re Dismissal and Order Imposing Sanctions |

    In its Order dated October 24, 2018, the Court determined that the parties had not complied with the Court's requirements concerning pretrial documents -- most importantly, jury instructions. The Court found that jury trial had been waived and the trial would be to the Court. The Court also reminded the parties of the pretrial requirements including witness and exhibit lists, memoranda of contentions of fact and law, and the proposed pretrial conference order. It further warned that failure to prosecute the claims might result in dismissal or other sanctions.

    The Pretrial Conference (as to the matters pending between Schmidt and Baldy) remained set for November 5, 2018. However, on November 1, the parties advised that they had

resolved the matter, that they anticipated filing a settlement agreement no later than November 9, and that they wished to continue the Pretrial Conference to November 12, or as soon thereafter as the Court may order. As November 12 was a Court holiday, the Court continued the Pretrial Conference to November 19, 2018 at 3 p.m. Although counsel for Baldy was present, Schmidt failed to appear, and no pretrial documents have been filed.

Schmidt is sanctioned for his failure to appear at the Pretrial Conference in the form of Baldy's attorney's fees and costs for his appearance. Schmidt is ordered to pay Baldy's counsel $5,100 in attorney's fees and $655 in costs, for a total of $5,755. This amount is ordered to be paid no later than December 3, 2018.

The parties are ordered to show cause in writing why the Complaint of Tom Schmidt and the Counterclaim of Sherry Annd Baldy should not be dismissed for failure to prosecute. The filing of the required pretrial documents by December 3 will be a sufficient response to this Order to Show Cause. To clarify, if Schmidt fails to file the required pretrial documents (exhibit and witness lists, memorandum of contentions of fact and law, and proposed pretrial conference order), his claims will be dismissed. If Baldy fails to file the required pretrial documents (exhibit and witness lists, memorandum of contentions of fact and law, and proposed pretrial conference order), her counterclaims will be dismissed. If the parties are unable to prepare joint witness and exhibit lists and a proposed pretrial conference order, they should submit unilateral document.

If one or both parties submit the appropriate pretrial documents, the Court will set a pretrial conference and trial date for that party.

IT IS SO ORDERED.

Date: November 20, 2018

  /s/ Dale S. Fischer
Dale S. Fischer
United States District Judge