Heather Valentin
PO Box 2227
Belleville MI 48112
(847)5025750
twistedsugar@me.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI BALDY, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER VALENTN, an Individual, Pro Per, <br><br> Third Party Counterclaim Defendant | Case No.: 2:16-cv-09368 <br><br> MOTION TO STRIKE CLOSING STATEMENT BY PLAINTIFF SHERRI BALDY DUE TO UNTIMELY FILING |

**MOTION TO STRIKE CLOSING STATEMENT BY PLAINTIFF SHERRI BALDY DUE TO UNTIMELY FILING**

Third Party Counterclaim Defendant, Heather Valentin, hereby asks the

Court to Strike  Closing Statement by Plaintiff Sherri Baldy due to untimely filing.

The civil minutes stated that Plaintiff Baldy's closing statement brief was to be filed on 5/31/19. Plaintiff's counsel asked for clarification of the court's order and asked for a filing date for Baldy's closing statement brief for 6/5/19. Judge Fischer clarified her order and set a filing date for Plaintiff's brief of 6/5/19. Plaintiff Baldy's counsel agreed to have his closing statement brief filed on 6/5/19 in his Request for Clarification Regarding Closing Argument Statements, which was filed on 6/4/19.

This was not done. Instead, Plaintiff Baldy's counsel filed their closing statement brief on 6/6/19, admittedly violating their own motion for extension and Judge Fischer's explicit order for filing date at the trial, stating 10 court days for that filing. His form was dated 6/5/19, but was filed on 6/6/19. Plaintiff and her counsel failed to file their closing statement brief in a timely manner. Therefore, Defendant Valentin asks that the court strike Plaintiff Baldy's closing statement brief for untimely filing.

Dated: June 6, 2019

Heather Valentin

MOTION TO STRIKE CLOSING STATEMENT PLAINTIFF SHERRI BALDY DUE TO UNTIMELY FILING