# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCHMIDT,<br>         Plaintiff,<br><br>         v.<br><br>SHERRI ANND BALDY, et al.,<br>         Defendants.<br><br>And Related Claims. | CV 16-9368 DSF (AGRx)<br><br>Order Denying Motion to Strike Closing Statement (Dkt. 152) |

The Court certainly does not approve of counsel's failure to comply with the Court's order granting his request to file Baldy's closing statement by June 5. But the Court will not penalize Baldy for her counsel's noncompliance. Valentin may have until June 24 to submit her closing statement. Baldy's reply is due by July 1.

IT IS SO ORDERED.

Date: June 11, 2019

*Dale S. Fischer*

Dale S. Fischer
United States District Judge