# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SCHMIDT,<br>      Plaintiff,<br><br>      v.<br><br>SHERRI ANND BALDY, et al.,<br>      Defendants. | CV 16-9368-DSF (AGRx)<br><br>JUDGMENT |
| And Related Claims. | |

    The Court having granted Plaintiff Tom Schmidt's motion to voluntarily dismiss his claims on certain conditions;

    The Court having presided over trial on Defendant, Counterclaimant, and Third Party Plaintiff Sherri Baldy's counterclaims and third party claims, the arguments and evidence having been presented and fully considered, the issues having been heard and findings of fact and conclusions of law having been entered,

    IT IS ORDERED that:

1. Judgment on Schmidt's claims be entered in favor of Baldy, that Schmidt take nothing, that the action be dismissed with prejudice, and that Baldy recover $6,300 in unpaid sanctions and costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920;

2. Judgment on Baldy's counterclaims against Schmidt be entered in favor of Schmidt, that Baldy take nothing, that the action be dismissed with prejudice, and that Schmidt recover

costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920;

3. Judgment on Baldy's third party claim against Third Party Defendant Heather Valentin for copyright infringement of "Daisy Do All" be entered in favor of Baldy, that judgement on Baldy's remaining third party claims against Valentin be entered in favor of Valentin, that Baldy recover nothing, that the action be dismissed with prejudice, and that Valentin recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 10/19/2019

*Dale S. Fischer*
_____
Dale S. Fischer
United States District Judge